[No. 6306. Decided November 14, 1906.]

F. S. THORP et al., Respondents, v. J. C. THOMS et al., Appellants.[1]

Appeal from an order of the superior court for King county, Morris, J., entered February 17, 1906. Reversed.

George E. Knapp and John B. Shorett, for appellants.

F. S. Thorp and Everett Smith, for respondents.

PER CURIAM.—This case presents the same questions as that of Bain v. Thoms, ante p. 382, 87 Pac. 504. It will take the same course.

---

[No. 6416. Decided November 22, 1906.]

THE STATE OF WASHINGTON, on the Relation of Washington Dredging and Improvement Company, Appellant, v. E. W. ROSS, Commissioner of Public Lands, Respondent, GEORGE KINNEAR et al., Interveners.[2]

Appeal from a judgment of the superior court for King county, Griffin, J., entered February 8, 1906. Affirmed.

W. F. Hays (Vance & Mitchell and Shepard & Flett, of counsel), for appellant.

The Attorney General and Robert F. Booth, Assistant, for respondent.

James M. Epler, for interveners.

PER CURIAM.—The record in this case shows that every material proposition involved was decided adversely to appellant's contention, by this court, in the case of State v. Washington Dredging etc. Co., 43 Wash. 508, 86 Pac. 936. An elaborate and able petition for rehearing was filed in that case, which, after due consideration, was denied. Being satisfied with the decision in that case, the judgment in this case will be affirmed.

[1]Reported in 87 Pac. 505.
[2]Reported in 87 Pac. 1151.